854 A.2d 917

TOSIN ADEGBUJI, PETITIONER–PETITIONER, v. MIDDLESEX
COUNTY DEPARTMENT OF CORRECTIONS,
RESPONDENT–RESPONDENT.

· July 12, 2004.

Denied.

854 A.2d 917

VICTOR AND ELAINE YURITCH, PLAINTIFFS–RESPONDENTS, v.
COUNTRYWIDE HOME LOANS, INC., D/B/A AMERICA'S
WHOLESALE LENDER, A FOREIGN CORPORATION, DEFEN-
DANT–PETITIONER.

July 12, 2004.

ORDERED that the petition for certification is granted, the
judgment of the Appellate Division is summarily reversed, and the
order of the Superior Court, Law Division, Camden County, (L–
5030–02) is reinstated. See *Glukowsky v. Equity One, Inc.,* 180
*N.J.* 49, 848 *A.*2d 747 (2004).

854 A.2d 917

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
KENNETH DAMON, DEFENDANT–PETITIONER.

July 14, 2004.

ORDERED that the petition for certification is granted, and the
matter is summarily reversed and remanded to the Superior
Court, Law Division, Camden County, for resentencing in light of
*State v. Charles Meekins,* 180 *N.J.* 321, 850 *A.*2d 1260 (2004).